In the Matter of the Claim of MARGARET UNDER-HILL, Respondent, against WILLIAM KEENER et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted November 17, 1931; decided December 1, 1931.)

*George J. Stacy* and *James J. Mahoney* for appellants.
*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.